JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 09-8482-DOC(RNBx)                          Date    February 12, 2010

Title    DON RIBACCHI v CAPITAL FINANCIAL SERVICES, INC., ET AL

Present: The
Honorable                    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:      (In Chambers)        ORDER  DISMISSING  CONSOLIDATED CASE


On December 8, 2009, this matter was consolidated into case SACV09-1084-DOC(RNBx):

Jana McCoy et al v. Cullum & Burks Securities Inc et al.

    Accordingly, the Court orders the above-entitled action dismissed.


                                                              :            0

                                  Initials of Preparer    kh